IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE WATTS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SUP'T DANIEL BURNS, et al. | : | |
| Respondents. | : | NO. 13-1314 |

### ORDER

MITCHELL S. GOLDBERG, J.

AND NOW, this 12th day of August, 2013, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

i. The Report and Recommendation is APPROVED and ADOPTED.

ii. The Motion to Stay Federal Proceedings (Doc. 4) is GRANTED.

iii. The petition for Writ of *Habeas Corpus* (Doc. 1) is STAYED and held in ABEYANCE until the conclusion of petitioner's state court proceedings.

iv. Petitioner shall notify the court and respondents within forty-five (45) days following the conclusion of state court proceedings to restart the instant federal proceedings.

v. There is no probable cause to issue a certificate of appealability.

vi. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.